**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| PROGRESSIVE CHOICE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CV-4 (LAG) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Notice of Settlement in Principle. (Doc. 9). Therein, the Parties advise the Court that they have reached a settlement but need additional time to formalize the agreement. (*Id.* at 1). The Parties anticipate that their settlement will be completed within sixty (60) days. (*Id.*). Accordingly, the Court **DIRECTS** the Clerk of Court to administratively close this case. The Parties are **ORDERED** to file a stipulation of dismissal or move to reopen the case within **ninety (90) days** of the date of this Order.

**SO ORDERED**, this 23rd day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**